IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ERMA FAYE BISHOP                                                                             PLAINTIFF

vs.                                      Civil No. 4:06-CV-04079

MICHAEL J. ASTRUE                                                                         DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 28th day of June, 2007, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

/s/   Barry A. Bryant
Honorable Barry A. Bryant
United States Magistrate Judge